**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BENNY KAY,

                       Plaintiff,

   -against-                                       19 **CIVIL** 5059 (ALC)

                                                     **<u>JUDGMENT</u>**

LAVRY ENGINEERING, INC.,

                       Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 12, 2020, Defendant's motion to dismiss is granted.

**Dated:**  New York, New York

      May 13, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        **Clerk of Court**
                            **BY:**
                                                       _____
                                                          **Deputy Clerk**